UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| HILDA L. SOLIS, SECRETARY OF | : | |
| LABOR, U.S. DEPARTMENT OF | : | |
| LABOR, | : | |
| Plaintiff, | : | |
| v. | : CIVIL ACTION NO. 5:10-cv-78 (CAR) | |
| | : | |
| NEW CHINA BUFFET #8, INC.; | : | |
| YUN DA CHEN, an Individual; and | : | |
| YONG KAI CHEN, an Individual, | : | |
| Defendant. | : | |

## ANSWER OF DEFENDANTS NEW CHINA BUFFET #8, INC. AND YUN DA CHEN, an Individual

Come now Defendants, **New China Buffet #8, Inc. and Yun Da Chen,** and respond to

Plaintiff's Complaint as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The relief sought in the Complaint is barred by the doctrine of *laches*.

### THIRD DEFENSE

The relief sought in the Complaint is barred by the applicable statute of limitations.

### FOURTH DEFENSE

Answering the specific paragraphs of Plaintiff's Complaint, these defendants show the

following:

1.

Defendants admit the allegations contained in paragraph I of Plaintiff's Complaint.

2.

Defendants deny the allegations contained in paragraph IIA of Plaintiff's Complaint.

3.

Defendants deny the allegations contained in paragraph IIB of Plaintiff's Complaint.

4.

Defendants deny the allegations contained in paragraph IIC of Plaintiff's Complaint.

5.

Defendants deny the allegations contained in paragraph IIIA of Plaintiff's Complaint.

6.

Defendants deny the allegations contained in paragraph IIIB of Plaintiff's Complaint.

7.

Defendants deny the allegations contained in paragraph IV of Plaintiff's Complaint.

8.

Defendants deny the allegations contained in paragraph V of Plaintiff's Complaint.

9.

Defendants deny the allegations contained in paragraph VI of Plaintiff's Complaint.

10.

Defendants deny the allegations contained in paragraph VII of Plaintiff's Complaint.

These Defendants deny the prayers of the complaint and deny any and all other allegations in the complaint not referred to herein specifically by number, and deny that the Plaintiff is entitled to recover in the sum sued for or in any sum whatsoever and demand a trial by jury.

Wherefore, having fully answered, these Defendants pray that they be discharged from this complaint with costs taxed to the Plaintiff.

This the 7th day of May, 2010.

/s/ Larry K. Moore
Attorney for Defendants,
New China Buffet #8, Inc. and
Yun Da Chen
Georgia Bar No. 444866

Anderson, Walker & Reichert, LLP
P.O. Box 6497
Macon, GA  31208-6497
Telephone:    (478) 743-8651
Facsimile:    (478) 743-9636

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| HILDA L. SOLIS, SECRETARY OF | : | |
| LABOR, U.S. DEPARTMENT OF | : | |
| LABOR, | : | |
| Plaintiff, | : | |
| v. | : CIVIL ACTION NO. 5:10-cv-78 (CAR) | |
| | : | |
| NEW CHINA BUFFET #8, INC.; | : | |
| YUN DA CHEN, an Individual; and | : | |
| YONG KAI CHEN, an Individual, | : | |
| Defendant. | : | |

CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing Response of Defendants New

China Buffet #8, Inc. and Yun Da Chen, an Individual, on:

Stanley E. Keen, Regional Solicitor
Karen E. Mock
U.S. Department of Labor/Office of the Solicitor
61 Forsyth Street, SW, Suite 7T10
Suite 7T10
Atlanta, GA 30303

by electronic service this 7th day of May 2010.

/s/ Larry K. Moore
Attorney for Defendants,
New China Buffet #8, Inc. and
Yun Da Chen
Georgia Bar No. 444866

Anderson, Walker & Reichert, LLP
P.O. Box 6497
Macon, GA  31208-6497
Telephone:    (478) 743-8651
Facsimile:    (478) 743-9636