IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>　Plaintiff,<br><br>vs.<br><br>NEW CHINA BUFFET #8, INC., YUN DA CHEN, and Individual and YONG KAI CHEN, an Individual,<br>　Defendant | Crim. No. 5:10-CV-78 (CAR) |

## DECLARATION OF YONG KAI CHEN

COMES NOW Yong Kai Chen and declares under penalty of perjury as follows:

1.

My name is Young Kai Chen. I am over 18 years of age and under no legal disability. The facts stated in this Declaration are true and correct and are based upon my personal knowledge.

2.

I am not and have never been employed by New China Buffet #8, Inc., and I have never had any ownership interest in New China Buffet #8, Inc., or any other restaurant operating in Bibb County, Georgia.

3.

In approximately early Spring of 2009, I began negotiating with Yun Da Chen regarding the possible purchase of New China Buffet #8, Inc. I do not remember the exact date. I am not related to Yun Da Chen.

4.

As part of my due diligence, I came to Macon Georgia the Spring of 2009 and spent a few days at New China Buffet #8, Inc. in order that I could observe the restaurant functioning. I did not want to purchase the restaurant without seeing it in operation first.

5.

After spending a few days at the restaurant and observing its operation I decided that I did not want to purchase New China Buffet # 8, Inc.

6.

I have never:

A. Had the power to hire, fire or discipline workers at New China Buffet # 8, Inc.;

B. Had responsibility for supervising or controlling work schedules or conditions of employment for workers at New China Buffet # 8, Inc.;

C. Determined the rate or method of compensation for workers at New China Buffet #8, Inc.;

D. Maintained any employment records for workers at New China Buffet #8, Inc.;

E. Had control over the day-to-day operations of New China Buffet #8, Inc.; or

F. Made any decisions about the hiring, firing or compensation of workers at New China Buffet #8, Inc.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2010.

_____
YONG KAI CHEN