**U.S. Department of Labor**  Office of the Solicitor
61 Forsyth Street SW, Room 7T10
Atlanta, Georgia 30303



September 8, 2010

<u>VIA ELECTRONIC FILING</u>

Denise Partee
Case Administrator
United States District Court
Middle District of Georgia
475 Mulberry Street
Macon, GA 31202

Re:   <u>Hilda L. Solis, Secretary of Labor v. New China Buffet #8, Inc., et al</u>
      USDC MD GA Case No. 5:10-cv-78
      SOL Case No. 10-12052

Dear Ms. Partee:

Pursuant to Local Rule 6.2, Plaintiff Hilda L. Solis, Secretary of Labor, hereby requests a 14-day extension of time to respond to Defendant Yong Kai Chen's Motion for Summary Judgment (Document 16) in the above-referenced case. Defendant's Motion was filed on August 23, 2010 and Plaintiff's response is currently due on September 16. If the Clerk grants the extension request, Plaintiff's response would be due on September 30.

Thank you for your assistance in this matter. If you have any questions, please contact me at 404.302.5459 or mock.karen@dol.gov.

Sincerely,

STANLEY E. KEEN
Regional Solicitor

By:   <u>s/ Karen E. Mock</u>
      KAREN E. MOCK
      Senior Trial Attorney

cc:   Charles E. Cox, Jr. (via CM/ECF)
      Frank L. Butler, III (via CM/ECF)
      Alyssa Peters Morris (Via CM/ECF)

*Working for America's Workforce*