RECEIVED
MAR 08 2012
JUDGE ROYAL

# ROGER MILLS
ATTORNEY AT LAW
MEDIATION SERVICES

230 THIRD STREET
MACON, GEORGIA 31201-3310

WWW.RMILLSADR.COM

TELEPHONE (478) 741-1900
FACSIMILE (478) 745-0020

March 8, 2012

Karen E. Mock, Esq.
Carla M. Casa, Esq.
Robert Livingston Walter, Esq.
U.S. Department of Labor
61 Forsyth St., SW, Room 7T10
Atlanta, GA 30308

Alyssa Peters Morris, Esq.
Frank L. Butler, III, Esq.
William M. Clifton, III, Esq.
Constangy, Brooks & Smith, LLC
P. O. Box 1975
Macon, GA 31202-1975

Charles E. Cox, Jr., Esq.
P. O. Box 67
Macon, GA 31202

    Re:    Mediation - Tuesday, March 27, 2012
            *Solis v. New China Buffet No. 8, Inc., et al*
            Civil Docket for Case #: 5:10-cv-0078-CAR

Dear Counselors:

    This will confirm the mediation in the above matter for Tuesday, March 27, 2012, beginning at 10:00 a.m., at my offices located at 230 3rd St., Macon, GA.

    I am delighted you have selected me as a neutral in this matter and look forward to assisting everyone in the amicable conclusion of this case.

    Enclosed is my Mediation Policy which includes information on rates, cancellations, position statements and the like. Since I travel the state to assist in the settlement of cases, it would be greatly appreciated if any position statements could be forwarded to my office to arrive *at least* three (3) days prior to the scheduled Mediation.

    I look forward to seeing you on March 27th, and thank you again for selecting me as a mediator.

    **PLEASE REFER TO MY WEBSITE FOR CALENDAR AVAILABILITY AND OTHER INFORMATION ON SERVICES PROVIDED BY GOING TO WWW.RMILLSADR.COM.**

    With warmest personal regards, I remain

                                      Yours very truly,

                                      Roger Mills

RM/db
Enclosure
cc: Honorable C. Ashley Royal